1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| KRYSTALL LYN BUSBEA,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:12-cv-01799<br><br>ORDER GRANTING STAY OF<br>PROCEEDINGS<br><br>ECF NO. 14 |

18   On October 1, 2013, the Commissioner of Social Security ("Defendant") filed a motion
19 to stay these proceedings in light of the federal government shutdown.  As federal employees,
20 Defendant and their attorneys are prohibited from working on this matter absent congressional
21 appropriation of funds for the relevant federal entities.  In light of the circumstances surrounding
22 this request, the Court will grant the stay immediately without further briefing or argument.  See
23 Local Rule 102(d).  Any party who opposes the stay or wishes to lift the stay may file a motion
24 for reconsideration or a motion to lift the stay at any time.  See Local Rule 230(j) and (b).

25   Accordingly, **IT IS HEREBY ORDERED that**:

26   1.   This action is STAYED until funding for Defendant and their attorneys is
27        restored;

28   2.   Defendants shall file a notice with the Court within three court days after funding

1

is restored along with a proposed order lifting this stay; and

3.    To the extent that any deadlines or dates are affected by the stay, the parties shall file a joint statement within three court days after funding is restored identifying the deadlines and dates affected by the stay along with new proposed deadlines and dates.

IT IS SO ORDERED.

Dated:   **October 2, 2013**              /s/ *Barbara A. McAuliffe*

                                      UNITED STATES MAGISTRATE JUDGE