1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5
        Social Security Administration
6       160 Spear Street, Suite 800
        San Francisco, CA  94105
7       Telephone:  (415) 977-8975
        Facsimile:  (415) 744-0134
8       Email:  Brenda.Pullin@ssa.gov

9

10 Attorneys for Defendant

11                    UNITED STATES DISTRICT COURT,

12               EASTERN DISTRICT OF CALIFORNIA

13                        FRESNO DIVISION

14

15 KRYSTALL LYN BUSBEA,              )   Case No.  1:12-CV-01799-BAM
                                     )
        Plaintiff,                   )   STIPULATION AND ORDER OF
16 vs.                               )   VOLUNTARY REMAND AND DISMISSAL
                                     )   OF CASE, WITH DIRECTIONS TO CLERK
17 CAROLYN COLVIN, Acting            )   TO ENTER JUDGMENT
   Commissioner of Social Security,  )
18                                   )
        Defendant.                   )
19 _____  )

20

21      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with

22 the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand

23 of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

24      Upon remand, the Appeals Council will instruct the Administrative Law Judge to provide the

25 claimant with the opportunity for a new hearing.  The Administrative Law Judge should also further:

26
        (1) Reevaluate the claimant's residual functional capacity along with providing a bridge
27
   between the evidence and the residual functional capacity; and
28

                                        -1-

1    (2) Obtain supplemental vocational expert testimony regarding the claimant's ability to

2  perform work that exists in significant numbers in the national economy and ensure that the

3  vocational expert testimony does not conflict with the Dictionary of Occupational Titles in

4

5  accordance with Social Security Ruling 00-4p.

6    It is further stipulated that the administrative decision is hereby vacated and that the Clerk of

7  this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and

8  79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S.

9  Ct. 2625 (1993).

10                                          Respectfully submitted,

11                                          LAW OFFICES OF LAWRENCE D. ROHLFING

12

13  Dated: November 25, 2013          */s/ Vijay J. Patel*
                                          (*As authorized via e-mail)
14                                          VIJAY J. PATEL
                                          Attorney for Plaintiff
15

16  Dated: November 18, 2013          BENJAMIN B. WAGNER
                                          United States Attorney
17                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
18                                          Social Security Administration

19
                                          */s/ Brenda M. Pullin*
20                                          BRENDA M. PULLIN
                                          Special Assistant U.S. Attorney
21                                          Attorneys for Defendant

22

23

24

25

26

27

28

**ORDER**

Pursuant to the Stipulation of the parties (Doc. 19), it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

Dated:   **November 25, 2013**          /s/ *Barbara A. McAuliffe*          
                                        UNITED STATES MAGISTRATE JUDGE