BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    Email:  Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KRYSTALL LYN BUSBEA, | Case No.  1:12-CV-01799-BAM |
|     Plaintiff, | STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to provide the claimant with the opportunity for a new hearing.  The Administrative Law Judge should also further:

(1) Reevaluate the claimant's residual functional capacity along with providing a bridge between the evidence and the residual functional capacity; and

1  (2) Obtain supplemental vocational expert testimony regarding the claimant's ability to perform work that exists in significant numbers in the national economy and ensure that the vocational expert testimony does not conflict with the Dictionary of Occupational Titles in accordance with Social Security Ruling 00-4p.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: November 25, 2013         /s/ Vijay J. Patel
                                 (*As authorized via e-mail)
                                 VIJAY J. PATEL
                                 Attorney for Plaintiff


Dated: November 18, 2013         BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                                  /s/ Brenda M. Pullin
                                 BRENDA M. PULLIN
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation of the parties (Doc. 19), it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

Dated:  **November 25, 2013**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE